03-CR-05503-ORD

# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT MILLER,<br><br>        Defendant. | Case No. CR03-5503<br><br>ORDER RE:<br>ALLEGATIONS OF<br>VIOLATION OF<br>CONDITIONS OF<br>SUPERVISION<br>and<br>DETENTION |

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The parties appeared before U.S. Magistrate Judge, Karen Strombom, on Mach 10, 2006. The plaintiff appeared through Assistant United States Attorney, MIKE DION, and the defendant appeared personally and with counsel MIRIAM SCHWARTZ. Judge Strombom advised the defendant of the allegations and his right to a hearing.

The court scheduled an evidentiary hearing before Judge Franklin D. Burgess for:

<u>April 6, 2006 at 2:00 p.m.</u>

The defendant was scheduled to appear March 22 before U.S. Magistrate Judge, J. Kelley Arnold, for purposes of a hearing on his detention/release status pending the hearing before Judge Burgess. Prior to the hour of the hearing this date, defendant executed a waiver of hearing regarding the issue of detention (without prejudice).

Accordingly, IT IS ORDERED that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings (without prejudice).

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

March 22, 2006.

                                                                           <u>/s/ J. Kelley Arnold</u>
                                                                           J. Kelley Arnold, U.S. Magistrate Judge